

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JAVIER BORGARO,                                            No. 08-12-00279-CV

§

　　　　　Appellant,                                         Appeal from

§

v.                                                         383rd District Court

§

SARA ALVAREZ-BORGARO,                                      of El Paso County, Texas

§

　　　　　Appellee.                                           (TC # 2010-CM-8109)

§

## **MEMORANDUM OPINION**

Pending before the Court is a joint motion filed by Appellant, Javier Borgaro, and Appellee, Sara Alvarez-Borgaro, to dismiss this appeal because the parties have entered into a mediated settlement agreement. *See* TEX.R.APP.P. 42.1(a)(2). The Court previously abated the appeal in order for the trial court to enter an agreed judgment in accordance with the terms of the mediated settlement agreement. The trial court has entered the agreed judgment. We therefore reinstate the appeal in order to rule on the motion to dismiss. We grant the motion and dismiss the appeal with prejudice. The record before us, including the motion to dismiss and the settlement agreement, does not reflect that the parties have made any agreement regarding the assessment of costs. Pursuant to Rule 42.1(d), costs are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

June 12, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating